I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY ~~Petitioner~~
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _1.20.12_

DEPUTY CLERK

JS - 6 / **ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 2 0 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDUARDO MORENO,                    ) Case No. CV 11-3790-JHN (JPR)
                                   )
                 Petitioner,       )
                                   )    J U D G M E N T
        vs.                        )
                                   )
B. CASH, Warden,                   )
                                   )
                 Respondent.       )
_____)

        Pursuant to the Order Accepting Findings and

Recommendations of U.S. Magistrate Judge,

        IT IS HEREBY ADJUDGED that this action is dismissed with

prejudice.


DATED: January 19, 2012

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 20 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY