I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (~~OR PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-20-12

DEPUTY CLERK

JS-6 / **ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO MORENO,<br><br>        Petitioner,<br><br>  vs.<br><br>B. CASH, Warden,<br><br>        Respondent. | Case No. CV 11-3790-JHN (JPR)<br><br>**J U D G M E N T** |

      Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 19, 2012

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY